UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                         CASE NO. 8:06-cr-3-T-23TGW

JACOB JEAN-MARIE
_____/

**ORDER**

The defendant filed a motion to dismiss count one of the indictment (Doc. 34), and the United States responded (Doc. 40).  The matter was referred to Magistrate Judge Wilson who issued a report and recommendation on the motion (Doc. 45).  The defendant filed an objection to the report and recommendation (Doc. 48).

Upon consideration of Magistrate Judge Wilson's report and recommendation and upon this court's independent examination of the file, the defendant's objection is **OVERRULED**, the report and recommendation is **ADOPTED**, and the defendant's motion to dismiss count one of the indictment (Doc. 34) is **DENIED**.

ORDERED in Tampa, Florida, on May 23, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE